JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>  Plaintiff,<br><br>  vs.<br><br>BMW MANAGEMENT, INC., et al.,<br><br>  Defendants. | No. 2:11-CV-08426-PA-SPx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: October 12, 2011 |

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. All parties to bear their own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: January 27, 2012

_____
United States District Court Judge

*Shaw v. BMW Management, Inc., et al.*
[Proposed] Order Granting Stipulation for Dismissal of Action
Page 1